# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AHMED EBRAHEM AND MUNIR
TARHUNI

NO.  2022 CW 0173

VERSUS

MARYAM SALEM ABUSHAALA AND
DOROTHY L. TARVER

**JUNE 6, 2022**

---

In Re:   Maryam Salem Abushaala and Dorothy L. Tarver, applying
for supervisory writs, 22nd Judicial District Court,
Parish of St. Tammany, No. 202014817.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT